UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In Re: | : |  |
|---|---|---|
|  | : |  |
| **166 West 72nd Corp.**, | : | Case No. **07-13350-alg** |
|  | : |  |
| Debtor. | : | : |
|  | : | Chapter 7 |
|  | : |  |
|  | : |  |

## Fees Due and Payable to the Court

A review of the docket by the clerk's office indicates that the following fees have not yet been paid and, therefore, must be promptly paid in full to the *Clerk, United States Bankruptcy Court*:

1) Filing of complaint commencing an adversary proceeding:

| Caption | Adv. Pro. Number | Date Filed | Amount Due |
|---|---|---|---|
|  |  |  | 0.00 |

                                      **TOTAL:**    0.00

Dated: New York, New York
       March 19, 2010

                                      By:  Marion Gist
                                                Deputy Clerk

Trustee Fees Due 2010